USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-v.-

MUJI U.S.A. LIMITED,

        Defendant.

---

22 Civ. 6059 (JHR) (RWL)

ORDER

JENNIFER H. REARDEN, District Judge:

    On December 7, 2022, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 14. On December 8, 2022, the Court issued an order granting Plaintiff until January 5, 2023, to file an amended complaint or an opposition to Defendant's motion to dismiss. ECF No. 18. In that Order, the Court also stated that, if Defendant answered or moved to dismiss any amended complaint, the Court would deny the previously filed motion to dismiss as moot. *Id.* On January 5, 2023, Plaintiff filed an amended complaint, and on February 15, 2023, Defendant answered. Accordingly, Defendant's original motion to dismiss the complaint is DENIED as moot.

    The Clerk of Court is directed to terminate ECF No. 14.

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

                              JENNIFER H. REARDEN
                              United States District Judge