```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRYAN VELAZQUEZ,
*On behalf of himself and all others*
*Similarly situated*,

                             Plaintiff,

        - against -

MUJI U.S.A. LIMITED,

                           Defendant.
-------------------------------------------------------------X

22-CV-6059 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case's Civil Case Management Plan and Scheduling Order stipulates that the parties shall submit a joint status letter every 90 days. (*See* Dkt. 32 at 6.) The Court has not heard from the parties since March 9, 2023. Accordingly, by August 15, 2023, the parties shall jointly file a status report.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
         New York, New York

Copies transmitted this date to all counsel of record.