UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ, *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | 22 Civ. 06059 (JHR) |
| -v.- | ORDER |
| MUJI U.S.A. LIMITED, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the parties' proposed consent decree. *See* ECF No. 37. It states that "[t]he term of this Consent Decree shall . . . remain in effect for [*inter alia*] **eighteen (18) months** from the Effective Date." *See id.* at 4 (emphasis added). It separately provides, however, that "[t]he Court's jurisdiction" shall "continue for **36 months**." *See id.* at 11 (emphasis added).

In addition, Plaintiff's signature, *see id.* at 10, is undated.

By **Wednesday, December 13, 2023**, the parties shall file a proposed amended consent decree that corrects the foregoing defects.

SO ORDERED.

Dated: December 6, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge